JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIA OUREQUE,<br><br>    Defendant. | No. CR 93-20088 JW<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL APPEARANCE AND EXCLUDING TIME<br><br>SAN JOSE VENUE |

    The undersigned parties respectfully request that the initial appearance in the above-captioned case currently scheduled for September 22, 2008 be continued to October 27, 2008. The defendant was recently arrested and released in the District of Massachusetts, and the parties are exploring a Rule 20 transfer of the case. Accordingly, the parties need time to finalize a plea agreement and have it approved by United States Attorney's Office for the District of Massachusetts. Therefore, the parties request that the hearing date be continued to October 27, 2008 in order to afford all the involved parties to finalize an agreement and have the case transferred. The parties also request an exclusion of time under the Speedy Trial Act from September 22, 2008 to October 27, 2008. The parties agree and stipulate that an exclusion of time is appropriate in order to explore a Rule 20 transfer and for the defendant to have effective

preparation of counsel. See 18 U.S.C. §§ 3161(h)(1)((G) and (8)(A)- (B)(iv).

SO STIPULATED:                             JOSEPH P. RUSSONIELLO
                                           United States Attorney

DATED: 9/9/08
                                           _____
                                           SUSAN KNIGHT
                                           Assistant United States Attorney

DATED: 9-9-08
                                           _____
                                           WILLIAM FICK
                                           Assistant Federal Public Defender

Accordingly, for good cause shown, the Court HEREBY ORDERS that the initial appearance be continued from September 22, 2008 to October 27, 2008.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from September 22, 2008 to October 27, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(1)((G) and (8)(A)- (B)(iv).

SO ORDERED.

DATED: September 12, 2008
                                           _____
                                           JAMES WARE
                                           United States District Judge