1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CSBN 163973)
3   Chief, Criminal Division

4   SUSAN KNIGHT (CSBN 209013)
    Assistant United States Attorney
5
    150 Almaden Blvd., Suite 900
6   San Jose, California 95113
    Telephone:  (408) 535-5056
7   FAX: (408) 535-5066
    Susan.Knight@usdoj.gov
8
9   Attorneys for Plaintiff

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,        )    No. CR 93-20088 JW
                                     )
14        Plaintiff,                 )
                                     )    STIPULATION AND [PROPOSED]
15        v.                         )    ORDER CONTINUING INITIAL
                                     )    APPEARANCE AND EXCLUDING TIME
16  MARIA OUREQUE,                   )
                                     )
17        Defendant.                 )    SAN JOSE VENUE
                                     )
18  _____ )

19       The undersigned parties respectfully request that the initial appearance in the above-

20  captioned case currently scheduled for October 27, 2008 be continued to December 8, 2008.  The

21  defendant was arrested and released in the District of Massachusetts, and the parties are

22  arranging for a Rule 20 transfer of the case.  The parties have finalized a plea agreement and are

23  in the process of obtaining the requisite approvals to have the case transferred to the Northern

24  District of California.  Therefore, the parties request that the hearing date be continued to

25  December 8, 2008 in order to afford all the involved parties to execute the Rule 20 paperwork

26  and have the case transferred to the District of Massachusetts.  The parties also request an

27  exclusion of time under the Speedy Trial Act from October 27, 2008 to December 8, 2008.  The

28  parties agree and stipulate that an exclusion of time is appropriate in order to explore a Rule 20

1    transfer and for the defendant to have effective preparation of counsel.  See 18 U.S.C. §§

2    3161(h)(1)((G) and (8)(A)- (B)(iv).

3

4    SO STIPULATED:                        JOSEPH P. RUSSONIELLO
                                            United States Attorney
5

6    DATED: 10/21/08                       _____/s/_____
                                            SUSAN KNIGHT
7                                           Assistant United States Attorney

8
9    DATED: 10/22/08                       _____/s/_____
                                            WILLIAM FICK
                                            Assistant Federal Public Defender
10

11        Accordingly, for good cause shown, the Court HEREBY ORDERS that the initial appearance

12   be continued from October 27, 2008 to December 8, 2008.

13        The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from

14   October 27, 2008 to December 8, 2008.  The Court finds, based on the aforementioned reasons,

15   that the ends of justice served by granting the requested continuance outweigh the best interest of

16   the public and the defendant in a speedy trial.  The failure to grant the requested continuance

17   would deny defense counsel reasonable time necessary for effective preparation, taking into

18   account the exercise of due diligence, and would result in a miscarriage of justice.  The Court

19   therefore concludes that this exclusion of time should be made under 18 U.S.C. §§

20   3161(h)(1)((G) and (8)(A)- (B)(iv).

21   SO ORDERED.

22

23   DATED:_____October 23, 2008_____          _____

24                                                  JAMES WARE
                                                    United States District Judge
25

26

27

28