1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney

5

6    150 Almaden Blvd., Suite 900
     San Jose, California 95113
     Telephone:  (408) 535-5056

7    FAX: (408) 535-5066
     Susan.Knight@usdoj.gov

8

   Attorneys for Plaintiff

9

10                     UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

12

13  UNITED STATES OF AMERICA,          )    No. CR 93-20088 JW
                                       )
14        Plaintiff,                   )
                                       )    STIPULATION AND [PROPOSED]
15        v.                           )    ORDER CONTINUING INITIAL
                                       )    APPEARANCE AND EXCLUDING TIME
16  MARIA OUREQUE,                     )
                                       )
17        Defendant.                   )    SAN JOSE VENUE
                                       )
18  _____)

19      The undersigned parties respectfully request that the initial appearance in the above-

20  captioned case currently scheduled for December 8, 2008 be continued to January 26, 2009.  The

21  defendant was arrested and released in the District of Massachusetts, and the parties are

22  arranging for a Rule 20 transfer of the case. She has complied with all of the conditions of her

23  release, and will plead guilty as soon as the transfer is completed.  The parties have finalized a

24  plea agreement and are in the process of obtaining the requisite approvals to have the case

25  transferred to the Northern District of California.  Therefore, the parties request that the hearing

26  date be continued to January 26, 2009 in order to afford all the involved parties to execute the

27  Rule 20 paperwork and have the case transferred to the District of Massachusetts.  If the

28  paperwork is completed prior to January 26, 2009, the government will immediately notify the

1    Court.  The parties also request an exclusion of time under the Speedy Trial Act from December

2    8, 2008 to January 26, 2009.  The parties agree and stipulate that an exclusion of time is

3    appropriate in order to explore a Rule 20 transfer and for the defendant to have effective

4    preparation of counsel.  See 18 U.S.C. §§ 3161(h)(1)((G) and (8)(A)- (B)(iv).

5

6    SO STIPULATED:                           JOSEPH P. RUSSONIELLO
                                              United States Attorney
7

8    DATED: 12/2/08                           _____/s/_____
                                              SUSAN KNIGHT
9                                             Assistant United States Attorney

10
     DATED: 12/2/08                           _____/s/_____
11                                            WILLIAM FICK
                                              Assistant Federal Public Defender
12

13       Accordingly, for good cause shown, the Court HEREBY ORDERS that the initial appearance

14   be continued from December 8, 2008 to January 26, 2009.

15       The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from

16   December 8, 2008 to January 26, 2008.  The Court finds, based on the aforementioned reasons,

17   that the ends of justice served by granting the requested continuance outweigh the best interest of

18   the public and the defendant in a speedy trial.  The failure to grant the requested continuance

19   would deny defense counsel reasonable time necessary for effective preparation, taking into

20   account the exercise of due diligence, and would result in a miscarriage of justice.  The Court

21   therefore concludes that this exclusion of time should be made under 18 U.S.C. §§

22   3161(h)(1)((G) and (8)(A)- (B)(iv).

23   SO ORDERED.

24

25   DATED:____Dec. 3, 2008_____           _____
                                             JAMES WARE
26                                           United States District Judge

27

28

STIPULATION AND [PROPOSED] ORDER
CR NO. 93-20088 JW                             2